**WOMACK, B.**

v.

**NEIGHBORHOOD SECURITY PATROL**

**1629 WDA 2015**

Superior Court of Pennsylvania.

05/10/2017

No. 2015-4739 (Washington)

Reversed/Remanded

**COM.**

v.

**UPSHUR, A.**

**730 WDA 2016**

Superior Court of Pennsylvania.

05/10/2017

CP-02-CR-0012739-2012 (Allegheny)

Reversed/Remanded

**COM.**

v.

**CRAMER, J.**

**918 WDA 2016**

Superior Court of Pennsylvania.

05/10/2017

CP-26-CR-0000225-2014 (Fayette)

Vacated/Remanded

**IN RE: M.S., a Minor,**

**Appeal of: M.S.**

**1792 WDA 2016**

Superior Court of Pennsylvania.

05/10/2017

TPR No. CP-02-AP-000109-2016 (Allegheny)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**GONZALES, J.**

**363 EDA 2015**

Superior Court of Pennsylvania.

05/11/2017

CP-51-CR-0002612-2011 (Philadelphia)

Vacated/Remanded